IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, | No. 1:20-CV-00668 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| JOHN E. WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

### JANUARY 21, 2022

Alfonso Percy Pew filed an amended 42 U.S.C. § 1983 complaint alleging that numerous individuals violated his rights.[1] In October 2021, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court grant Defendants' motions to terminate Pew's authorization to proceed *in forma pauperis*, and to dismiss for failure to state a claim.[2] Magistrate Judge Carlson reached this recommendation after determining that Pew's amended complaint failed to assert imminent harm and that, in any event, the claims failed as a matter of law.[3] After receiving an extension of time, Pew filed timely objections to the Report and Recommendation.[4]

---

[1] Docs. 61, 72.
[2] Doc. 91.
[3] *Id.*
[4] Docs. 95, 96, 98.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] After reviewing the record, the Court finds no error in Magistrate Judge Carlson's recommendation that Defendants' motions be granted and Pew's amended complaint be dismissed.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 91) is **ADOPTED**;

2. Defendants' motions to revoke authorization to proceed *in forma pauperis* (Doc. 74) and to dismiss (Doc. 76) are **GRANTED**;

3. Pew's amended complaint (Docs. 61, 72) is **DISMISSED**; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

2